AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| David Michael Bailey | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:24-cv-03231-JAM-AC |
| County of Stanislaus, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, David Michael Bailey                                                                                                    .

Date:      06/11/2026

/s/ Cooper Alison-Mayne
*Attorney's signature*

Cooper Alison-Mayne, SBN 343169
*Printed name and bar number*

Law Office of Dale K. Galipo
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367

*Address*

cmayne@galipolaw.com
*E-mail address*

(818) 347-3333
*Telephone number*

(818) 347-4118
*FAX number*