DERICK E. KONZ, ESQ., SB No. 286902
Email: dkonz@akk-law.com
JACOB J. GRAHAM, ESQ., SB No. 340295
Email: jgraham@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants COUNTY OF STANISLAUS, ROSE, LARSON and GARCIA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID MICHAEL BAILEY,<br>Plaintiff,<br>vs.<br>COUNTY OF STANISLAUS, et al.,<br>Defendants. | Case No.: 2:24-CV-3231-JAM AC<br>**JOINT MID-LITIGATION STATEMENT** |

Pursuant to ECF No. 49 at 7:18-28, the parties submit the following Joint Mid-Litigation Statement.

All law and motion heard by the court as of today: On April 15, 2025, the Court granted Defendants' Fed. R. Civ. P. 12(b)(6) motion to dismiss the Complaint with leave to amend. ECF No. 20. On July 8, 2025, the Court granted Defendants Fed. R. Civ. P. 12(b)(6) motion to dismiss the First Amended Complaint with leave to amend. ECF No. 35. On October 29, 2025, The Court granted in part and denied in part Defendants' Fed. R. Civ. P. 12(b)(6) motion to dismiss the Second Amended Complaint without leave to amend. ECF No. 44. On November 12, 2025, Defendants filed an Answer to the remaining claims in the Second Amended Complaint. ECF No. 46. The case is currently proceeding through discovery and there are no pending motions.

Defendants intend to file a Fed. R. Civ. P. 56 motion for summary judgment on the December 4, 2026 deadline.

Dated: September 25, 2026

ANGELO, KILDAY & KILDUFF, LLP

*/s/ Derick E. Konz*

By:________________________________

DERICK E. KONZ
JACOB J. GRAHAM
Attorneys for Defendants COUNTY OF STANISLAUS, ROSE, LARSEN and GARCIA

Dated: September 25, 2026

LAW OFFICES OF DALE K. GALIPO

*/s/ Cooper Alison-Mayne*
*(as authorized on 9.25.26)*

________________________________

Dale K. Galipo
Cooper Alison-Mayne
Attorneys for Plaintiffs